AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| KENNETH EARL HENRY<br>aka James Wise, aka Jamal Gates<br>DOB: 8/23/1973<br>PDID: 498-271 | CASE NUMBER: |
| (Name and Address of Defendant) | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 17, 2006__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

an alien who previously has been deported and removed from the United States, was found in the United States after that deportation without having obtained the required, express consent of the Attorney General or the Secretary of the Department of Homeland Security, as required by laws of the United States.

in violation of Title __8__ United States Code, Section(s) __1326(a)__.

I further state that I am __William C. Hampton, Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE)__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

AUSA, Debra Long-Doyle  (202) 305-0634
Sworn to before me and subscribed in my presence,

Signature of Complainant
William C. Hampton, Special Agent
U.S. Immigration and Customs Enforcement

_____     at   __Washington, D.C.__
Date                                                                City and State

_____     _____
Name & Title of Judicial Officer                                Signature of Judicial Officer