AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

**KENNETH EARL HENRY,**
aka James Wise,
aka Jamal Gates

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 336 - M - 01

FILED
AUG 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___KENNETH EARL HENRY___
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) .

an alien who previously has been deported and removed from the United States, was found in the United States after that deportation without having obtained the required, express consent of the Attorney General or the Secretary of the Department of Homeland Security, as required by laws of the United States.

in violation of Title 8 United States Code Section(s) § 1326(a) & (b) (2)

URBINA J. RMU                          URBINA J RMU

Name of Issuing Officer                Title of Issuing Officer

_Ricardo M Urbina_                     JUL 28 2006 District of Columbia

Signature of Issuing Officer           Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 7-28-06 | SEAN McLEOD | Sean McLeod |
| DATE OF ARREST | SDUSM | |
| 8-10-06 | | |